IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 16-13 |
| | : | |
| SAMUEL ROBINSON | : | |

FILED

DEC 13 2016

LUCY V CHIN, Interim Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW,** this **12th** day of **December, 2016,** for the reasons discussed in court, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 16) is **DENIED.**

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

1